```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

    -v-                              03-CR-198-A

KEYON LEE,

        Defendant.



**ORDER**

Upon reviewing the motion by the defense to set aside or otherwise correct the sentence, as well as the response, and oral argument, by the government asking the Court to deny such motion, it is hereby:

**ORDERED**, that the defense motion to set aside or otherwise correct the defendant's sentence be denied.

                                          RICHARD J. ARCARA
                                          U.S. District Court Judge

                                          Aug 2, 2012